UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TIMOTHY LITTLETON

Plaintiff,

Case No. 3:24-cv-201

vs.

BOARD OF TRUSTEES OF PERRY TOWNSHIP, *et al.*,

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

Defendants.

---

**ORDER CONDITIONALLY DISMISSING THIS CASE**

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within ninety (90) days, reopen the action if settlement is not consummated. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (stating that a court can retain jurisdiction over enforcement of a settlement agreement by stating so in the dismissal entry).

**IT IS SO ORDERED.**

October 23, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge